**Motion Granted; Dismissed and Memorandum Opinion filed October 23, 2014.**



In The

# Fourteenth Court of Appeals

**NO. 14-14-00574-CV**
**NO. 14-14-00655-CV**
**NO. 14-14-00772-CV**

**CHRISTINE REULE, Appellant**

**V.**

**JOHN R. BELUS, Appellee**

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-37325**

# M E M O R A N D U M   O P I N I O N

On July 15, 2014, appellant filed a notice of accelerated appeal from the trial court's temporary injunction signed July 7, 2014, and the appeal was docketed under our case number 14-14-00574-CV. On August 11, 2014, appellant filed a notice of interlocutory appeal from the amended temporary injunction signed July

24, 2014, and a new appeal was docketed under our case number 14-14-00655-CV. On September 23, 2014, appellant filed a notice of accelerated appeal from the trial court's second amended temporary injunction signed September 18, 2014, and a new appeal was docketed under our case number 14-14-00772-CV. The appeals were ordered consolidated.

On October 6, 2014, appellee filed a motion to dismiss these consolidated appeals as moot. Appellee filed a Notice of Nonsuit in the underlying case on October 3, 2014. A notice of nonsuit is effective immediately. *See* Tex. R. Civ. P. 162. A motion for nonsuit "extinguishes a case or controversy from the moment the motion is filed." *Univ. of Tex. Med. Branch at Galveston v. Estate of Blackmon*, 195 S.W.3d 98, 100 (Tex. 2006).

Appellee asserted in his certificate of conference on the motion to dismiss that the motion was filed at appellant's request. Nonetheless, the motion has been pending for more than ten days and appellant has not filed a response or objection to the motion. *See* Tex. R. App. P. 42.3. Accordingly, we grant the motion.

These consolidated appeals are ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Christopher and Busby.